# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES E. GIDDENS, | ) |
| Plaintiff, | ) Case No.: 2:17-cv-00922-GMN-VCF |
| vs. | ) |
| | ) **ORDER** |
| MESQUITE GAMING LLC, *doing business as* Casablanca Resort, | ) |
| Defendant. | ) |

On April 2, 2018, the Court entered an order dismissing James E. Giddens' ("Plaintiff") claims against Mesquite Gaming, LLC, ("Defendant"). (ECF No. 13). In the Order, Plaintiff was advised that he had until Friday, May 11, 2018, to file an amended complaint. The Court's Order informed Plaintiff that failure to file an amended complaint may result in dismissal of this case with prejudice. The deadline to file an amended complaint has now elapsed, and no amended complaint has been filed with the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's case is **DISMISSED with prejudice**. The Clerk shall close the case and enter judgment accordingly.

**DATED** this __14__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court